**FILED**

11/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0640

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0640

---

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

ANTHONY CHINCHOLL,

     Defendant and Appellant.

ORDER

---

Pursuant to Appellant Anthony Chincholl's motion for extension to of time to file his response to the *Anders* Brief and Motion to Withdraw as Counsel and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until December 28, 2022, to file his response to the *Anders* Brief and Motion to Withdraw as Counsel.

No further extensions will be granted.

DATED this 28th day of November, 2022.

For the Court,

_____
Chief Justice

**FILED**

NOV 2 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana